**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Carmen Morgan, Appellant,

v.

Yvonne Murray Boyles, Respondent.

Appellate Case No. 2018-001809

---

Appeal From Richland County
Paul M. Burch, Circuit Court Judge

---

Unpublished Opinion No. 2020-UP-177
Submitted May 1, 2020 – Filed June 10, 2020

---

**APPEAL DISMISSED**

---

Carmen Morgan, pro se, of Columbia.

Yvonne Murray Boyles, pro se, of Columbia.

---

**PER CURIAM:** Carmen Morgan appeals the circuit court's order affirming the decision of the Resolution of Fee Disputes Board (the Board). Because this court lacks appellate jurisdiction over appeals from decisions of the Board, this appeal is dismissed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 416, SCACR, Rule 20 (stating a "party aggrieved by the final decision of the Board may appeal the decision to the circuit court in the county where the principal place of practice of the attorney is located"); *Wright v. Dickey*, 370 S.C. 517, 521, 636

S.E.2d 1, 3 (Ct. App. 2006) (concluding "there is no appeal from a decision of the Resolution of Fee Disputes Board of the South Carolina Bar beyond the circuit court as set forth in Rule 416, SCACR, Rule 20").

**APPEAL DISMISSED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.